## CAMPBELL *v.* BOARD OF COMMISSIONERS OF THE COUNTY OF BOONE.

[No. 6,021.    Filed January 14, 1908.]

From Boone Circuit Court; *Samuel R. Artman*, Judge.

Action by the Board of Commissioners of the County of Boone. against Alexander S. Campbell. From a judgment for plaintiff, defendant appeals. *Affirmed.*

*Joseph W. Hutchinson* and *William A. Ketcham*, for appellant. *C. M. Zion* and *A. J. Shelby*, for appellee.

RABB, J.—This case presents precisely the same question that is presented and decided in *Caldwell* v. *Board, etc.* (1908), *ante,* 40, and is therefore affirmed for the reasons set forth in the opinion in that case.